UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

Susan Dumas, et al.

                Plaintiff,

v.                                                          Case No.: 3:22–cv–00479

Target Corporation

                Defendant,

## **ENTRY OF JUDGMENT**

    Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 2/28/2024 re [26].

                                                                    Lynda M. Hill
                                                      s/ Megan Gregory, Deputy Clerk